NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| I.C.L.I, <br>                Petitioner, <br> v. <br> Pamela Bondi, <br>                Respondent. | No. CV-26-01547-PHX-DJH (JZB) <br><br> **ORDER** |

Petitioner I.C.L.I., who is represented by counsel, filed this action under 28 U.S.C. § 2241 challenging her immigration detention and paid the filing fee.[1] The Court will require Respondents to answer the petition on an expedited basis.

Petitioner is a 15-year-old child who entered the United States unaccompanied from Mexico on February 22, 2026. Petitioner claims she fled to the United States because cartel members brutally assaulted and threatened her and murdered her mother. Petitioner claims she is seeking asylum pursuant to 8 U.S.C. § 1158. Additionally, Petitioner's father lives in the United States with his wife, who is a United States citizen, and is willing to assume full custody and supervision over her. Petitioner is detained at Child Crisis Arizona located in Phoenix. Petitioner is classified as an "arriving alien" under 8 U.S.C. § 1225(b), is ineligible for bond, and is subject to mandatory detention pending removal proceedings.

Petitioner alleges five claims for relief. In Count One, Petitioner asserts her

---

[1] Petitioner also filed a Motion to Seal (Doc. 2) asking to file under seal certain exhibits containing Petitioner's personally identifiable information. The Court will grant the Motion.

prolonged detention is punitive and violates her Fifth Amendment rights. In Count Two, Petitioner alleges that her detention is a violation of the Trafficking Victims Protection Reauthorization Act (TVPRA) under 8 U.S.C. § 1232.[2] In Count Three, Petitioner asserts Respondents are violating the "Flores Framework," in *Reno v. Flores,* 507 U.S. 292 (1993). In Count Four, Petitioner claims her release is proper even if bond is barred pursuant to 8 C.F.R. § 1003.19(h). In Count Five,[3] Petitioner alleges she is suffering irreparable harm. Petitioner seeks either immediate release from custody, release under reasonable conditions of supervision, or an individualized custody determination.

The Court will order Respondents to respond to the Petition on an expedited basis.

**IT IS ORDERED:**

(1) Petitioner's Motion to Seal Exhibits and For Leave to File Unredacted Version (Doc. 2) is **granted**.

(2) Counsel for Petitioner must immediately serve the Petition (Doc. 1) on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must answer the Petition and Motion within **5 days** of the date of this Order.

. . . .

---

[2] Petitioner claims that pursuant to § 1232, "the government must promptly place unaccompanied children in the least restrictive setting appropriate to their age and special needs."

[3] Petitioner incorrectly labels this Count as "Count VII."

(6)     Petitioner may file a reply within **3 days** of Respondents' answer.

Dated this 10th day of March, 2026.

_____
Honorable Diane J. Humetewa
United States District Judge