IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

I.C.L.A.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01547-PHX-DJH (JZB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) On March 16, 2026, Respondents filed a Response indicating that Petitioner is currently completing the sponsor verification process. (Doc. 7.)

Accordingly,

**IT IS ORDERED** requiring Respondents to file a status report as to Petitioner's current detention or placement no later than **five (5) days** from the date of this Order.

Dated this 24th day of August, 2026.

Honorable Diane J. Humetewa
United States District Judge