**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

I.C.L.A.,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01547-PHX-DJH (JZB)

**ORDER**

Petitioner filed this action under § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 5.) On August 31, 2026, Respondents filed a Status Update and Statement of Mootness indicating Petitioner was released on May 16, 2026. (Doc. 10.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 1st day of September, 2026.

Honorable Diane J. Humetewa
United States District Judge